**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALMA CLARISA HERNANDEZ, | ) | Case No.: 10-CV-04977-LHK |
|---|---|---|
| Plaintiff, | ) ) | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | ) ) | |
| FRY'S ELECTRONICS, INC., et al., | ) ) | |
| Defendants. | ) ) ) ) | |

The Case Management Conference scheduled for September 19, 2012 is hereby continued to October 24, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 4, 2012

_____
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-04977-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE