**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA CLARISA HERNANDEZ,              )<br>                              )<br>            Plaintiff,           )<br>     v.                          )<br>                              )<br>FRY'S ELECTRONICS, INC., et al.,     )<br>                              )<br>            Defendants.          )<br>                              )<br>_____ ) | Case No.: 10-CV-04977-LHK<br><br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE |

The Case Management Conference scheduled for September 19, 2012 is hereby continued to October 24, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 4, 2012

                                                                             _Lucy H. Koh_
                                                                             LUCY H. KOH
                                                                             United States District Judge

1
Case No.: 10-CV-04977-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE