UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALMA CLARISA HERNANDEZ, | ) | Case No.: 10-CV-04977-LHK |
| | ) | |
| Plaintiff, | ) | ORDER TO FILE CONSENT |
| v. | ) | |
| | ) | |
| FRY'S ELECTRONICS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

In the Joint Case Management Statement filed on October 16, 2012, the parties indicated that they are both willing to consent to proceed before a Magistrate Judge for all purposes. Plaintiff has already filed a consent.  ECF No. 16.  Defendant has not filed a consent.  Defendant shall file its consent by noon on October 23, 2012.  The Court will then reassign the case and vacate the October 24, 2012 Case Management Conference.

**IT IS SO ORDERED.**

Dated: October 22, 2012

_Lucy H. Koh_

LUCY H. KOH
United States District Judge