**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA CLARISA HERNANDEZ, )<br>)<br>　　　　　Plaintiff, )<br>　　v. )<br>)<br>FRY'S ELECTRONICS, INC., et al., )<br>)<br>　　　　　Defendants. )<br>)<br>　　　　　　　　　　　　　　　　　　　　) | Case No.: 10-CV-04977-LHK<br><br>ORDER TO FILE CONSENT |

In the Joint Case Management Statement filed on October 16, 2012, the parties indicated that they are both willing to consent to proceed before a Magistrate Judge for all purposes. Plaintiff has already filed a consent. ECF No. 16. Defendant has not filed a consent. Defendant shall file its consent by noon on October 23, 2012. The Court will then reassign the case and vacate the October 24, 2012 Case Management Conference.

**IT IS SO ORDERED.**

Dated: October 22, 2012

　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge