1  K. Randolph Moore, Esq., SBN 106933
   Tanya E. Moore, Esq. SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Alma Clarisa Hernandez

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>FRY'S ELECTRONICS, INC., et al.,,<br><br>            Defendants. | No.   5:10-CV-04977-LHK<br><br>**STIPULATION TO CONTINUE LAST DATE FOR PLAINTIFF TO SEEK LEAVE TO AMEND HER COMPLAINT; [PROPOSED] ORDER** |

**WHEREAS**, the Court entered a Case Management Order on October 24, 2012 which set the last day for amendment to pleadings as November 26, 2012 (Doc. 26);

**WHEREAS**, Plaintiff, Alma Clarisa Hernandez ("Plaintiff"), and defendants, Fry's Electronics, Inc. and Caracol, Ltd., L.P. ("Defendants," and together with Plaintiff, the "Parties"), have been actively engaged in productive settlement communications and have reached a tentative resolution on barrier removal (subject to a resolution of the monetary elements of settlement);

**WHEREAS**, the Parties desire to fully explore settlement prior to incurring the attorney fees and costs associated with Plaintiff amending her complaint;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE** that Plaintiff may have to and including January 4, 2013 to amend her complaint and Defendants shall have until

1  fourteen (14) days thereafter to file their amended answer.  The Parties further stipulate that
2  should they be unable to settle this matter, Defendants will stipulate to the filing of Plaintiff's
3  First Amended Complaint.  No other dates set by the Court's Case Management Order are
4  anticipated to be affected by the change to the date for amendment to pleadings.

Dated:  November 20, 2012

MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore, Attorneys for
Plaintiff, Alma Clarisa Hernandez

BORTON PETRINI, LLP

/s/ Samuel L. Phillips
Samuel L. Phillips, Attorneys for
Defendants, Fry's Electronics, Inc.
and Caracol, Ltd., L.P.

**ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

The deadline for amendments to pleadings is extended to January 4, 2013 for Plaintiff to file her amended complaint and Defendants shall have fourteen (14) days thereafter within which to file their responsive pleading.

**IT IS SO ORDERED.**

Dated: November 21, 2012

_Lucy H. Koh_
United States District Judge

STIPULATION TO EXTEND TIME FOR LAST DATE FOR PLAINTIFF TO SEEK
LEAVE TO AMEND HER COMPLAINT; [PROPOSED] ORDER

Page 2