1 K. Randolph Moore, Esq., SBN 106933
Tanya E. Moore, Esq. SBN 206683
2 MOORE LAW FIRM, P.C.
332 North Second Street
3 San Jose, California 95112
Telephone (408) 298-2000
4 Facsimile (408) 298-6046

5 Attorneys for Plaintiff
Alma Clarisa Hernandez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA CLARISA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>FRY'S ELECTRONICS, INC., et al.,,<br><br>Defendants. | No. 5:10-CV-04977-LHK<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE HER FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |

**WHEREAS**, plaintiff, Alma Clarisa Hernandez ("Plaintiff"), and defendants, Fry's Electronics, Inc. and Caracol, Ltd., L.P. ("Defendants," and together with Plaintiff, "the Parties"), entered into a stipulation, and the Court issued an Order thereon, providing that the last date for Plaintiff to seek leave to amend her complaint be extended to January 4, 2013 and this Stipulation is filed prior to such deadline;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendants, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file her First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO STIPULATED**.

Dated: December 21, 2012                          MOORE LAW FIRM, P.C.


                                                  /s/ Tanya E. Moore
                                                  Tanya E. Moore, Attorneys for
                                                  Plaintiff, Alma Clarisa Hernandez


                                                  BORTON PETRINI, LLP


                                                  /s/ Samuel L. Phillips
                                                  Samuel L. Phillips, Attorneys for
                                                  Defendants, Fry's Electronics, Inc.
                                                  and Caracol, Ltd., L.P.

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff file her First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: 1/1/2013                                   *Lucy H. Koh*
                                                  United States District Judge