UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA CLARISA HERNANDEZ,<br><br>    Plaintiff,<br>  v.<br><br>FRY'S ELECTRONICS, INC., et al.,<br><br>    Defendants. | Case No.: 10-CV-04977-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The parties have indicated that they have reached a settlement. *See* ECF No. 35. Accordingly, the case management conference set for February 13, 2013 is hereby CONTINUED to March 13, 2013 at 2:00 p.m. This case management conference will proceed unless the parties have filed a stipulation of dismissal by 10:00 a.m. on March 13, 2013.

**IT IS SO ORDERED.**

Dated: February 13, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04977-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE